No. 23. First National Bank of Arizona, Executor v. Cities Service Co., *ante*, p. 253. Motion to substitute the First National Bank of Arizona in place of Patricia Waldron as the petitioner granted. *William E. Kelly, David Orlin, Preben Jensen,* and *Alan R. Wentzel* on the motion.

No. 1280. Makah Indian Tribe v. Tax Commission of Washington et al. Appeal from Sup. Ct. Wash. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1399. Gardner v. California. Super. Ct. Cal., County of San Luis Obispo. (Certiorari granted, *ante,* p. 902.) Motion of petitioner for appointment of counsel granted. It is ordered that *Charles E. Rickershauser, Jr., Esquire,* of Los Angeles, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1902, Misc. In re Disbarment of Rothbard. It is ordered that Sol Rothbard, of Washington, District of Columbia, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 1589, Misc. Duckett v. Field, Mens Colony Superintendent; and
No. 1639, Misc. Smith v. Reincke, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1726, Misc. Hooper et al. v. Gooding, Judge. Motion for leave to file petition for writ of mandamus denied. *John P. Frank* and *John J. Flynn* for petitioner Hooper.